RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
WILLIAM CARRICO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for GILBERT COOPER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:11-277-PMP-CWF |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION AND ORDER TO EXTEND August 27, 2012 SELF SURRENDER DATE** |
| vs. | |
| GILBERT COOPER, | |
| Defendant. | |

COMES NOW the Defendant, GILBERT COOPER, by and through his counsel, William Carrico, Assistant Federal Public Defender, and hereby requests an extension to his August 27, 2012 self surrender date of forty-five (45) days. This request is based upon the attached Points and Authority and all pleadings and papers previously filed herein.

DATED this 16th day of August, 2012.

RENE L. VALLADARES
Federal Public Defender

*/s/ William Carrico*
By_____
WILLIAM CARRICO
Assistant Federal Public Defender

## **POINTS AND AUTHORITIES**

On June 25, 2012, this court issued a Judgment (#29) wherein Mr. Cooper was sentenced to 10 months custody. This court ordered that Mr. Cooper self-surrender by 12:00 noon on August 27, 2012.

The U.S. Marshal's has advised that Mr. Cooper has yet to be designated. Mr. Cooper's designation entails a medical designation which typically delays the designation process. Mr. Cooper also requires additional time to attend to some medical issues prior to surrendering to the Marshals to commence his sentence.

Neither the Government or Pre-trial Services has any opposition. Mr. Cooper has continued to remain compliant post-sentencing.

## **CONCLUSION**

Mr. Cooper hereby requests the court to extend his self surrender date from August 27, 2012 to a date in the future but no later than 45 days.

DATED this 16th day of August, 2012.

                                          Respectfully submitted,

                                        RENE L. VALLADARES
                                        Federal Public Defender

                                        */s/ William Carrico*
By_____
                                        WILLIAM CARRICO
                                        Assistant Federal Public Defender
                                        Counsel for Gilbert Martin

| 1 | RENE L. VALLADARES |
|   | Federal Public Defender |
| 2 | State Bar No. 11479 |
|   | WILLIAM CARRICO |
| 3 | Assistant Federal Public Defender |
|   | 411 E. Bonneville Avenue, Ste. 250 |
| 4 | Las Vegas, Nevada 89101 |
|   | (702) 388-6577 |
| 5 | (Fax) 388-6261 |
| 6 | Attorney for Gilbert Cooper |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:11-cr-277-PMP-CWF |
|---|---|
| Plaintiff, | **ORDER ON MOTION TO EXTEND August 27, 2012 SELF SURRENDER DATE** |
| vs. | |
| GILBERT COOPER, | |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant, Gilbert Cooper's self surrender date of August 27, 2012, be extended to  10/11/2012  before 12:00 noon.

DATED this  16th day of August, 2012.

_____
DISTRICT COURT JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 16, 2012, she served an electronic copy of the above and foregoing **MOTION AND ORDER TO EXTEND AUGUST 27, 2012 SELF SURREND DATE**, by electronic service (ECF) to the person named below:

>DANIEL BOGDEN
>United States Attorney
>
>CHRISTINA BROWN
>Assistant Untied States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101

*/s/ Bernadette Almeida*
_____
Employee of the Federal Public Defender